**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDMOND PAUL PRICE,<br>Plaintiff<br>v.<br>NETANJAH BREITENBACH, et al.,<br>Defendants | Case No.: 3:24-cv-00118-CSD<br>**Order**<br>Re: ECF No. 55 |

Plaintiff seeks reconsideration of the court's order granting Defendants' motion for extension of time to respond to Plaintiff's motion for sanctions. (ECF No. 55.) Plaintiff's motion for reconsideration (ECF No. 55) is **DENIED**. Defendants have filed their response to the motion for sanctions (ECF No. 61), and Plaintiff has filed his reply (ECF No. 62). The court will address the motion for sanctions in due course.

**IT IS SO ORDERED**.

Dated: August 11, 2026

Craig S. Denney
United States Magistrate Judge