**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDMOND PAUL PRICE,

Plaintiff

v.

NETANJAH BREITENBACH, et al.,

Defendants

Case No.: 3:24-cv-00118-CSD

**Order**

Re: ECF No. 54

Plaintiff filed a motion to compel on June 10, 2026. (ECF No. 54.) To date, Defendants have not filed a response. Defendants have up to and including **August 24, 2026**, to file a response.

**IT IS SO ORDERED**.

Dated: August 11, 2026

Craig S. Denney
United States Magistrate Judge